UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO ZARATE,<br><br>      Plaintiff,<br><br>-against-<br><br>NEW ERA FOODS ONE, Inc., et al.,<br><br>      Defendants. | 23-CV-9806 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

  Before me is the parties' joint motion that the Court approve their settlement agreement in this case (the "Settlement Agreement"), a fully executed copy of which was submitted on April 21, 2025 (ECF 79-1). This case is an action for money damages under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA") and under various provisions of the New York Labor Law. Plaintiff's counsel indicates that contemporaneous billing records are attached as Exhibit B to the motion (ECF 79, Mot. at 4 n.1), but the motion attaches Exhibit A only and does not include any billing records. Plaintiff's counsel is directed to submit a corrected motion including the contemporaneous billing records by **April 25, 2025.**

  Dated: April 22, 2025
     New York, New York

             So Ordered.

             _____
             **ROBYN F. TARNOFSKY**
             **United States Magistrate Judge**