UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO ZARATE,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW ERA FOODS ONE, INC., et al.,<br><br>       Defendants. | 23-CV-9806 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Pending before me is the motion for settlement approval. (*See* ECF 81.) That motion does not contain all the information required for me to discharge my duty to determine whether the proposed settlement is fair and reasonable under *Cheeks*. Accordingly, by **May 5, 2025,** the parties are directed to make a supplemental filing on the docket that: 1) indicates whether the parties are fluent English speakers, such that they did not need the settlement agreement and related documents to be translated into Spanish, and if not, whether such translations were provided; and 2) sets out the range of possible recoveries, including each party's estimate of the number of hours worked and the applicable wage. In addition, the motion indicates that it will be filed contemporaneously with a Rule 41 proposed stipulation of dismissal, but no proposed stipulation of dismissal has been filed; such a proposed stipulation of dismissal should also be filed by **May 5, 2025.**

DATED: April 28, 2025
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge